IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JULIO ARMANDO BRUNET, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 20-1397C <br> (Judge Kaplan) |

## NOTIFICATION OF TEMPORARY ADMINISTRATIVE SUSPENSION OF BAR MEMBERSHIP

Undersigned counsel of record for defendant, the United States, respectfully provides this notice to inform the Court and counsel that from October 5, 2020, through November 23, 2020, his District of Columbia bar license was administratively suspended. Unbeknownst to the undersigned counsel, on October 5, 2020, his bar license was placed in administrative suspension for inadvertent non-payment of this year's dues. He had not missed a dues payment deadline in any prior year.

Upon discovering the administrative suspension, counsel immediately paid the necessary dues and penalty fee and requested reinstatement, and he was reinstated to active status on November 23, 2020. On November 25, 2020, he requested that his reinstatement be retroactive, *nunc pro tunc*, and on that date he was informed by Member Services for the District of Columbia Bar that such a request is only granted when a suspension is the result of a "Bar error." Because his suspension was not the result of such an error, he was not reinstated retroactively (although the penalty fee was waived and reimbursed). Member Services for the District of Columbia Bar also confirmed that the suspension was "administrative and not a disciplinary matter."

Counsel has reported this issue to his supervisors and others within the Department of Justice with experience in these matters, and we have determined to bring this matter to the Court's attention.  By participating in this case during the period of his administrative suspension, counsel implicitly represented that his District of Columbia Bar license was active and that he was authorized to represent the United States at that time (Department attorneys must maintain an active state-bar license).  Counsel wishes to correct this implicit misrepresentation and extends his sincere apology.  He was not aware of the administrative suspension due to nonpayment of dues and did not intend to mislead the Court or counsel.  Counsel greatly regrets this oversight and has taken steps to ensure that it will not happen in the future.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ L. Misha Prehiem
L. MISHA PREHIEM
Assistant Director

/s/ Michael D. Snyder
MICHAEL D. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 616-0842
Michael.snyder@usdoj.gov

December 1, 2020                                Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on this 1st day of December, 2020, I caused to be placed in the United States mail (first-class, postage prepaid), a copy of Defendant's "NOTIFICATION OF TEMPORARY ADMISTRATIVE SUSPENSION OF BAR MEMBERSHIP" addressed as follows:

The Kingdom of Brunet<br>
Attn: Julio Brunt No. 05079-104<br>
Federal Correctional Complex<br>
Nation Mississippi - General Post Office<br>
PO Box 500<br>
Yazoo City<br>
United States Minor, Outlying Islands<br>
"Near": 39194-9998

<u>/s/ Michael D. Snyder</u>